FILED
2023 NOV 3 AM 8:19
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANESSA MARIE ANKROM,<br><br>Defendant. | **FELONY INFORMATION**<br><br>VIOLATION:<br>Count I:  18 U.S.C. § 1512(b)(1), Tampering with a Victim, Witness, or Informant.<br><br>Case: 2:23−cr−00400<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 11/3/2023<br>Description: USA v. Ankrom |
|---|---|

The United States Attorney charges:

**COUNT I**
18 U.S.C. § 1512(b)(1)
(Tampering with a Witness, Victim, or Informant)

On or between April 17, 2023 and April 21, 2023, in the District of Utah,

VANESSA MARIE ANKROM,

defendant herein, did knowingly attempt to corruptly persuade D.K. (an individual whose

full identity is known to the grand jury in connection with case 2:22-CR-00445), with

intent to influence, delay, and prevent the testimony of any person in an official

proceeding, to wit: by assisting D.K. in sending correspondence to the court containing false statements, all in connection with criminal proceedings before a United States District Court for the District of Utah; all in violation of 18 U.S.C. § 1512(b)(1).

TRINA A. HIGGINS
United States Attorney

_____
VICTORIA K. McFARLAND
Assistant United States Attorney